IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-91-BO-BM

| | |
|---|---|
| THOMAS A. LINDERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| | ) |
| STATE OF NORTH CAROLINA and | ) |
| NORTH CAROLINA STATE POLICE, | ) |
| | ) |
| Defendants. | ) |

This cause comes before the Court on plaintiff's failure to show cause why this case should not be dismissed. [DE 7]. On June 25, 2025, plaintiff was ordered to show cause why this case should not be dismissed due to plaintiff's failure to comply with this Court's Local Civil Rules and failure to effect service on defendants within ninety days of the filing of the complaint. Fed. R. Civ. P. 4(m). The time for responding to the Court's order has passed, and plaintiff has failed to respond.

Accordingly, the complaint is hereby DISMISSED without prejudice. The clerk is DIRECTED to close the case.

SO ORDERED, this ___15___ day of July 2025.

                                        _Terrence Boyle_
                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE