UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. LINDERMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| STATE OF NORTH CAROLINA and NORTH CAROLINA STATE POLICE, | ) ) ) ) | 5:25-CV-91-BO-BM |
| Defendants. | ) ) ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's failure to show cause why this case should not be dismissed. [DE 7].

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is hereby DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on July 15, 2025, and served on:**
Jacob Perrone (via US Mail to 3310 Kresge Ln., East Lansing, MI 48823)

                                                **PETER A. MOORE, JR., CLERK**

July 15, 2025                             /s/Lindsay Stouch
                                                By: Deputy Clerk